## FIRST DEPARTMENT, DECEMBER, 1919.

LILLIAN GUINAN, as Administratrix, etc., of MARY GUINAN, Deceased, Respondent, v. HAYES STORAGE WAREHOUSE, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ABRAHAM POLLACK, Appellant, v. VINCENT J. FARLEY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

SAMUEL SOLOMON, Appellant, v. UNION SAVINGS BANK OF THE CITY OF AUGUSTA, STATE OF GEORGIA, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

CATHARINE SULLIVAN, Respondent, v. HELEN L. ASHLEY, as Administratrix, etc., of CATHARINE T. MORIARTY, Deceased, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.; Clarke, P. J., dissenting and voting for reversal on the ground that the verdict is against the weight of the evidence.

In the Matter of Proving the Last Will and Testament of ANDREW F. KENNEDY, Deceased, etc. KATHERINE NOBLE and Another, Appellants; JOSEPH G. COHEN, Executor, etc., and Others, Respondents.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MARY DILLON, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New York, on the Complaint of BARBARA R. KIRIPOLSKY, Respondent, v. GEORGE STRBA, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

EMMA REIGER, Respondent, v. ARTHUR GILSCHER and Another, Copartners, etc., and Another, Impleaded with CHARLES J. BERGOLD, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.

MARGARET MORIARTY, Appellant, v. MARY A. E. WENDEL and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

BERNARD RIFKIN, Appellant, v. NOVELTY MANUFACTURING COMPANY, Respondent.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, on the ground that a question of fact was presented as to whether or not the defendant repudiated the contract, which should have been submitted to the jury. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Dowling and Smith, JJ., dissenting.